IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jim J. Leggett, | ) C.A. #2:09-0246-PMD-BM |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| JW Aluminum Company and Wellspring Capital Management, LLC, | ) |
| Defendants. | ) |

This matter is before the court upon the magistrate judge's recommendation that defendants' motion for partial dismissal be granted . The record includes the report and recommendation of the United States Magistrate Judge made in accordance with this Court's Order of Reference and 28 U.S.C. § 636(b)(1)(B).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that plaintiff's **fourth and fifth causes of action are dismissed**. Further, to the extent plaintiff references the South Carolina Human Affairs Law as a basis for his claims in any other causes of action of the Complaint, those references are **dismissed and stricken**. Plaintiff's **third cause of action is dismissed without prejudice**.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

                                                PATRICK MICHAEL DUFFY
                                                United States District Judge

September 1, 2009
Charleston, South Carolina